

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

May 14, 1939

Hon. O.K. Stevens, President
Nueces River Conservation &
Reclamation District
Corpus Christi, Texas

Dear Sir:

Opinion No. O-715
Re: The Nueces River Conservation & Reclamation District has no express, or implied authority to charge for engineering data, estimates and other information furnished to the several counties within said district.

Your letter of April 27th, addressed to Attorney General Gerald C. Mann, has been referred to the writer. Part of your letter is as follows:

"It is proposed to furnish, for a reasonable consideration, to the several counties, lying in whole or in part within the boundaries of the district, all information and engineering data and estimates covering the costs of fills on the roads and bridges crossing the Nueces River, together with necessary alterations and elevations and estimates covering the changes in the bridges crossing the stream, so as to enable the several Commissioners Courts to properly maintain said roads and bridges in connection with the operation of the Nueces River Conservation and Reclamation District and protect them against the floods that periodically occur in the Nueces River. In addition to the above, It is also proposed

Hon. O.N. Stevens, May 16, 1939, Page 2

　　　　to furnish to any county located with-
in the district, desiring the same,
information and data in connection
with the conservation of the soils,
and for the determination as to wheth-
er or not any such counties should be
designated as an individual subordi-
nate district."

　　　　You request an opinion of this depart-
ment as to whether or not the Nueces River Con-
servation & Reclamation District may furnish and
the Commissioners Court expend county funds in
payment for such engineering data, estimates and
other information.

　　　　The Nueces River Conservation and Re-
clamation District is a state governmental agency
with delegated authority. It has no authority
other than is granted by the Constitution and
statutes of Texas. Similarly, the Commissioners
Court has no authority other than is granted by
the Constitution and statutes of Texas.

　　　　The Commissioners Court may expend
funds for laying out and establishing, changing
and discontinuing public roads and highways;
building bridges and keeping them in repair; and
in exercising general control over all roads,
highways, ferries and bridges in their counties.
Article 2351, R.C.S. of Texas. However, we find
no authority granted the Nueces River Conserva-
tion & Reclamation District to sell engineering
data, estimates and other information.

　　　　We quote sections of the special act
of the Acts of 1935, Forty-fourth Legislature,
First Called Session, p. 1660, ch. 427, creating
the Nueces River Conservation & Reclamation Dis-
trict as follows:

　　　　Section 4(e) provides:

Hon. O.N. Stevens, May 16, 1939, Page 3

"For the storing, controlling and conserving of storm, flood and unappropriated flow waters of the Nueces River and its tributaries, and the prevention of the escape of any such waters without the minimum of public service; for the prevention of devastation of land from recurrent overflows, and the protection of life and property in such watershed area from uncontrolled flood waters."

Section 7 provides:

"The Board of Directors shall be authorized and directed to make surveys and engineering investigations for the information of the district and determine the plans necessary to the accomplishment of the purposes for which the district is created, as expressed in the provisions of this Act; and may employ engineers, attorneys, and all other technical and non-technical assistants or employees and fix and provide the amount and manner of their compensation for the making of such surveys, the preparation of plans and the collection of the data essential to the determination of the character, extent and cost of all permanent improvements essential for the control of storm and flood waters of the district and their distribution to beneficial use in any and all practical means throughout the area of the district as herein declared, and for expenditures found essential in the maintenance and administration of the district. . . . "

You will note that the above quoted sections confer broad general powers on the Nueces

River Conservation & Reclamation District. However, there is no express authority for the sale of engineering data, estimates and information, and we do not believe that there is any necessary implication of such authority conferred thereby. The district furnishing such engineering data, estimates and information cannot charge and receive payment therefor.

Trusting this satisfactorily answers your inquiry, we are

Yours very truly

ATTORNEY GENERAL OF TEXAS

By *Pat Coon*

Pat Coon
Assistant

PC:omb

APPROVED:

*Gerald C. Mann*
ATTORNEY GENERAL OF TEXAS.



APPROVED
OPINION
COMMITTEE
BY *GRL*
CHAIRMAN